## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 4:08CR00081-03 JLH

GILDARDO RODRIGUEZ

## ORDER

Ijeoma I. Opara has filed a motion to enter appearance as attorney of record for Gildardo Rodriguez. Document #49. In addition to seeking to enter an appearance, the motion requests that Rick Holiman, who was previously appointed to represent Rodriguez, continue to represent him as co-counsel with Opara. However, the Court ordinarily does not appoint a lawyer to represent a defendant who has retained counsel and will not do so in this case. If Rodriguez wishes to retain Holiman in addition to Opara, he may do so, but Holiman will not be appointed to assist Opara.

The motion to enter appearance is GRANTED. Ijeoma I. Opara is hereby entered of record as the attorney for Gildardo Rodriguez. Rick Holiman is hereby discharged.

IT IS SO ORDERED this 16th day of May, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE